*William H. Ticho* and *Monroe I. Katcher, II,* for appellants.

*David Edwards* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.

ANNA FRECHETTE, Respondent, *v.* STEPHEN H. JACKSON, Defendant, and Estate of PETER A. H. JACKSON, INC., Appellant.

Submitted April 13, 1938; decided May 17, 1938.

*Benjamin Jaffe* for appellant.

*Bernard A. Kelly, Arthur B. Kelly* and *Luke J. Le Rolle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN. FINCH and RIPPEY, JJ.